# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Commonwealth Land Title Insurance Company, | Civil No. 10-2516 (RHK/JJK) |
| Plaintiff, | |
| vs. | **ORDER FOR REMAND TO STATE COURT (HENNEPIN COUNTY)** |
| Historic Ivy Tower LLC; Ivy Tower Holdings LLC; Ivy Tower Garage LLC; Historic Ivy Hotel, LLC; Ivy Tower Development, LLC; Ivy Tower Minneapolis, LLC; Gary O. Benson, and Jeffrey William Laux, | |
| Defendants. | |

Based upon the Stipulation of the parties in this matter, as a compromise to a dispute regarding the existence of diversity jurisdiction, **IT IS ORDERED** that the above-captioned matter is **REMANDED** to Minnesota State Court, Fourth Judicial District, County of Hennepin.

Dated: July 29, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge